UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-mj-00204-GWF |
| Plaintiff, | **Order** |
| v. | |
| Sean Stephen Minagil, | |
| Defendant. | |

The Court finds that Mr. Minagil has completed the special conditions of his unsupervised probation in accordance with his plea agreement and motion to modify plea agreement.

IT IS THEREFORE ORDERED that Mr. Minagil is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for April 17, 2025 is vacated.

DATED this 16th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE